# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00737-CR
## NO. 03-07-00738-CR

**Daniel Romon Quiroz, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY
### NOS. C-1-CR-01-574616 & C-1-CR-01-589507
### HONORABLE DAVID CRAIN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On July 1, 2002, in cause number C-1-CR-01-574616, Daniel Romon Quiroz pleaded guilty to possessing marihuana. The trial court adjudged him guilty and assessed punishment at 120 days in jail. In assessing punishment, the court took into consideration Quiroz's admission of guilt in cause number C-1-CR-01-589507, in which he was accused of deadly conduct. *See* Tex. Penal Code Ann. § 12.45 (West 2003).

On November 13, 2007, Quiroz filed a pro se notice of out of time appeal in each cause. There is no conviction to appeal in cause number C-1-CR-01-589507. The notice of appeal in cause number C-1-CR-01-574616 was untimely. We lack jurisdiction to dispose of the purported appeals in any manner other than by dismissing them for want of jurisdiction. *See Slaton*

*v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeals are dismissed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed for Want of Jurisdiction

Filed:   January 18, 2008

Do Not Publish